# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

WEI QING CHEN,                    )
                                 )
    Petitioner,                   )
                                 )
v.                               )    Case No. CIV-26-554-D
                                 )
SCARLET GRANT, et al.,           )
                                 )
    Respondents.                  )

## JUDGMENT

Pursuant to the Court's Order entered this date, the Petition for Habeas Corpus and Complaint for Declaratory and Injunctive Relief [Doc. No. 1] is **GRANTED IN PART**. Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

**ENTERED** this 8th day of April, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge